■ DONNA M. HOFFMAN, Respondent, v NORMAN F. HOFFMAN, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed, without costs, as moot, counsel having conceded upon argument that Tallchief has left the premises. (Appeal from order of Chautauqua Trial Term denying motion to remove party from premises.) Present—Marsh, P. J., Simons, Mahoney, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD S. ANDERSON, JR., Appellant.—Motion for reargument of appeal or for other relief granted to the extent that the order heretofore entered December 5, 1974 be amended to state that the reversal of the judgment is on the law alone, and otherwise the motion is denied. Present—Marsh, P. J., Cardamone, Simons, Goldman and Del Vecchio, JJ.

■ CORETTA LAWRENCE, Petitioner, v ABE LAVINE, as Commissioner of the New York State Department of Social Services, Respondent.—Motion for reargument of appeal, or, in the alternative, for leave to appeal to the Court of Appeals granted to the extent that the decision entered January 28, 1975 be amended by striking from the memorandum the following sentence: "In correcting the underpayment it should be noted that 18 NYCRR 352.31(e)(1) provides that 'Retroactive payments shall be made only for the 12 months preceding the month in which the underpayment is discovered.' ", and the motion insofar as it requests leave to appeal to the Court of Appeals is granted. Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

■ ERIE COUNTY WATER AUTHORITY, Petitioner, v COUNTY OF ERIE et al., Respondents.—Motion to resettle decision, and for other relief, granted to the extent that the order and opinion be amended to state that the real property is subject to assessment and taxation during the period it was owned by the Erie County Water Authority prior to June 1, 1974; the remainder of the relief requested not having been submitted on the appeal, such relief is denied without prejudice. Present—Marsh, P. J., Moule, Simons, Del Vecchio and Witmer, JJ.